UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES LIENINGER,<br><br>        Defendant. | No.  2:14-cv-3016-GEB-EFB PS<br><br><br><br>ORDER |

On May 17, 2016, the court dismissed plaintiff's complaint and granted her thirty days to file an amended complaint. ECF No. 3. On June 17, 2016, plaintiff filed a request for an extension of time to file an amended complaint. ECF No. 4.

It is hereby ORDERED that plaintiff's request for an extension of time is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order.

DATED: June 22, 2016.

                                      EDMUND F. BRENNAN<br>                                    UNITED STATES MAGISTRATE JUDGE